UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-41966-399 |
| TRACY LYNN EVANS, | ) | Chapter 13 |
| JANJELA DAWN EVANS, | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| TRACY LYNN EVANS, and | ) | Adversary No. 15-4019-399 |
| JANJELA DAWN EVANS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| SPECIALIZED LOAN SERVICING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Judgment is hereby entered in accordance with the Agreed Order Resolving Adversary Complaint to Determine the Extent and Validity of Liens, Claims and Encumbrances on Property of the Estate.

DATED: June 15, 2015

St. Louis, Missouri

Barry S. Schermer
United States Bankruptcy Judge

1

Copy to:

Tracy and Janjela Evans
906 Valley Oaks Court
Wentzville, MO 63385

Edward J. Karfeld
Karfeld Law Firm, PC
680 Craig Road, Suite 306
St. Louis, MO 63141

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

Ashley B. Osborn
SouthLaw P.C.
6363 College Blvd, Suite 100
Overland Park, KS 66211